**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL RODDY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 17-3596** |
| v. | : | |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION (AMTRAK),** | : | |
| **Defendant.** | : | |

## ORDER

This 19th day of October, 2017, it is hereby **ORDERED** that Plaintiff's Motion for Remand is **GRANTED** and this case shall be remanded to the Philadelphia County Court of Common Pleas.

                                                                        /s/ Gerald Austin McHugh
                                                                         United States District Judge